### STATE
#### v.
### John A. SANTILLI.
#### No. 79–434–M.P.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Stephen A. Lichatin III, Asst. Atty. Gen., for plaintiff-respondent.

John F. Cicilline, Providence, for defendant-petitioner.

### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.

■

### STATE
#### v.
### Anthony TASSONE.
#### No. 78–124–C.A.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Dennis J. Roberts II, Atty. Gen., Joel S. Chase, Special Asst. Atty. Gen., for plaintiff.

John F. Cicilline, Providence, for defendant.

### ORDER

The defendant's motion to set bail pending appeal is denied.

DORIS, J., did not participate.

■

### STATE ex rel. Harry SUNDERLAND
#### v.
### Bryan William JENNINGS.
#### No. 79–218–C.A.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

Aram K. Berberian, Cranston, for defendant.

### ORDER

The state's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Monday, February 4, 1979 at 9:30 a. m. for oral argument.

DORIS, J., did not participate.